**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTONIO NATHANIEL CHANDLER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-6840** |
| | : | |
| **OFFICER VOROS,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 6th  day of March 2026, upon consideration of Plaintiff Antonio

Nathaniel Chandler's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 7) and *pro se*

Complaint (ECF No. 2), it is **ORDERED** that:

1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.    The Complaint is **DEEMED** filed.

3.    Chandler's Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN**

**PART WITHOUT PREJUDICE**, for the reasons stated in the Court's accompanying

Memorandum, as follows:

   a.  All federal law claims are **DISMISSED WITH PREJUDICE** for failure to

      state a claim under 28 U.S.C. § 1915(e)(2)(B).

   b.  All claims raised under state law are **DISMISSED WITHOUT**

      **PREJUDICE** for lack of subject matter jurisdiction so Chandler can file these

      claims in the appropriate state court if he chooses to do so.[1]

   c.  All claims raised on behalf of others are **DISMISSED WITHOUT**

      **PREJUDICE.**

---

[1] The Court expresses no opinion on the merits of Chandler's claims.

4.      The Clerk of Court is **DIRECTED** to restrict access to Chandler's Complaint (ECF No. 2) to public terminal users only[2] and to **STRIKE** the italicized language after "individually" under his name on the docket because it contains Personally Identifiable Information ("PII").  Pursuant to this Court's Local Rule 5.1.3., "[a]s documents in civil cases are publicly viewable (unless filed under seal), personal identifiers such as Social Security numbers, dates of birth, financial account numbers and names of minor children must be modified or partially redacted in all documents filed electronically or in paper."

5.      The Clerk of Court shall **CLOSE** this case.

**BY THE COURT**

_____
**MARY KAY COSTELLO, J.**

---

[2] This limits viewing of this document electronically on ECF to court users, case participants, and those using the court computer in the Clerk's Office.